UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 04-845 |
| vs. | Order of Reassignment |
| ANTHONY MOULTRIE | |

It is on this 1ST day of April, 2008

O R D E R E D that the entitled action is reassigned from

JUDGE JOHN W. BISSELL TO JUDGE STANLEY R. CHESLER

S/Garrett E. Brown, Jr.
GARRETT E. BROWN, JR. CHIEF JUDGE
UNITED STATES DISTRICT COURT