**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF NEW JERSEY**

972 BROAD STREET
NEWARK, NEW JERSEY 07102

(973) 645-6347 Telephone
(973) 645-3101 Facsimile
(973) 297-4807 Facsimile

**RICHARD COUGHLIN**
FEDERAL PUBLIC DEFENDER

**CHESTER M. KELLER**
FIRST ASSISTANT

April 29, 2008

Honorable Stanley R. Chesler
United States District Judge
U.S. Post Office & Courthouse
Federal Square
Newark, New Jersey 07101

   Re: **United States v. Anthony Moultrie**
      **Criminal No. 04-845**

SO ORDERED:
STANLEY R. CHESLER, U.S.D.J.

Dear Judge Chesler:

  It is respectfully requested that Your Honor appoint the Federal Public Defender's Office to represent Mr. Moultrie in his pro se filing for a reduction motion. By copy of this letter and motion I am so advising Mr. Moultrie. His pro se filing was referred to this office by the U.S. Clerk's Office for review. Enclosed please find a supplement to the original *pro se* motion.

  A review by this office of Mr. Moultrie's case seems to indicate that he may qualify for a reduction of sentence under the revised crack cocaine guideline. Matthew Miller of the U.S. Probation Office has supplied pertinent documents to me. The redacted presentence report indicates that the base offense level was found to be 32 and the total offense level to be 29. Under current law, the base offense level would be 30 and the total offense level would be 27. The recommended range in the report was deemed to be 151-188 months.

  Thank you for consideration of these requests for the appointment of counsel and the reduction of sentence.

           Respectfully,

           Chester M. Keller
           First Assistant Federal Public Defender

CMK:CDL
cc: Sandra Moser, Esq.
   Assistant United States Attorney
   Anthony Moultrie