PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant for Offender Under Supervision

**Name of Offender:** Anthony Moultrie

**Docket Number:** 04-00845-001
**PACTS Number:** 35729

**Name of Sentencing Judicial Officer:** HONORABLE JOHN W. BISSELL
CHIEF UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 06/16/2005

**Original Offense:** CONSPIRACY TO DISTRIBUTE & POSSESSION WITH INTENT TO DISTRIBUTE MORE THAN 50 GRAMS OF COCAINE BASE

**Original Sentence:** 75 months imprisonment; 5 years supervised release.

**Reduction of Sentence:** On 5/30/2008, Honorable Stanley R. Chesler ordered sentence is reduced to 65 months imprisonment; 5 years supervised release.

**Type of Supervision:** Supervised release

**Date Supervision Commenced:** 3/15/11

**Assistant U.S. Attorney:** Serina Vash, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Anthony C. Mack, Esq., 50 Park Place, Suite 910, Newark, New Jersey 07102, (973) 624-7800

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On October 12, 2012, Newark Police arrested Anthony Moultrie and charged him with Possession of a Handgun, Person Not to Have Weapons, Possession of a Large Capacity Ammunition Magazine, and Resisting Arrest. |
| 2. | The offender has violated the standard supervision condition which states '**The defendant shall not possess a firearm or destructive device. Probation must be revoked for possession of a firearm.**' |

PROB 12C - Page 2
Anthony Moultrie

On October 12, 2012, Moultrie was in possession of a firearm (Handgun) during the circumstances surrounding his arrest by the Newark Police in Newark, New Jersey.

3. The offender has violated the standard supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

Moultrie used a controlled substance on or about July 26 and August 2, 2012 as evidenced by his positive drug tests for Marijuana submitted at the U.S. Probation Office on those dates.

I declare under penalty of perjury that the foregoing is true and correct.

*Thomas Stone*

By: Thomas Stone
     Senior U.S. Probation Officer /
     Intensive Supervision Specialist

Date: 10/16/12

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

10/17/2012
Date